# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130859
130860

MONIKA MAZUMDER, Personal
Representative of the Estate of
Deepika S. Mazumder, Deceased,
                    Plaintiff-Appellee,

v

                                    SC: 130859, 130860
                                    COA: 261331; 261333
                                    Washtenaw CC: 04-001101-NM

UNIVERSITY OF MICHIGAN
REGENTS, ROBERT A. KOEPKE,
PH.D., RAJIV TANDON, M.D.,
SATOSHI MINOSHIMA, M.D.,
WASHTENAW COUNTY
COMMUNITY MENTAL HEALTH,
JOSEPH YAROCH, M.D.,
MOONSON R. ELLIOTT ENINSCHE,
B.A., R.S.W., C.S.M., and RICHARD
PFOUTZ, M.S.W., C.S.W., MOHAMED
AZIZ, M.D., and STEPHAN F. TAYLOR,
M.D.,
                    Defendants,

and

SRINIBAS MAHAPATRA, M.D.,
                    Defendant-Appellant.
_____/

On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

Clerk

l0328